**FILED**

02/10/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0648

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

Supreme Court No. DA 19-0648

STATE OF MONTANA,

Plaintiff and Appellee,

v.

ANDREW PIERCE LAKE,

Defendant and Appellant.

## ORDER

UPON the Appellant's unopposed motion to expedite remittitur, good cause appearing therefrom,

IT IS HEREBY ORDERED that the Clerk of Court shall immediately issue remittitur for the above named case.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 10 2022